IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06CV382-H

| | |
|---|---|
| RONALD KEVIN PADGETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLOTTE-MECKLENBURG POLICE )<br>DEPARTMENT, a North Carolina municipal )<br>entity, DARRELL W. STEPHENS, Charlotte- )<br>Mecklenburg Chief of Police, individually and )<br>in his official capacity, SETH FULTON, a police )<br>officer of the Charlotte-Mecklenburg Police )<br>Department, individually and in his official )<br>capacity, EDDIE LEVENS, a police officer of )<br>the Charlotte-Mecklenburg Police Department, )<br>individually and in his official capacity, )<br>NORTH CAROLINA PRIVATE )<br>PROTECTION SERVICES BOARD, a North )<br>Carolina state entity, LARRY LIGGINS, an )<br>officer of the North Carolina Private Protection )<br>Services Board, individually and in his official )<br>capacity, SARAH CONNOR, an agent of the )<br>North Carolina Private Protection Services )<br>Board, individually and in her official capacity, )<br>and WAYNE WOODARD, an agent of the )<br>North Carolina Private Protection Services )<br>Board, individually and in his official capacity, )<br>)<br>Defendants. )<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | **ORDER** |

**THIS MATTER** is before the Court upon the "Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Eddie Levens" (document #31) filed May 23, 2007. For the reasons stated therein, Defendant Eddie Levens is dismissed from this action without prejudice.

**SO ORDERED.**

Signed: June 18, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge